UNITED STATES COURT OF APPEALS

FOR THE NINTH CIRCUIT

**FILED**

MAY 7 2026

MOLLY C. DWYER, CLERK
U.S. COURT OF APPEALS



| | |
|---|---|
| JENNY LISETTE FLORES,<br><br>      Plaintiff - Appellee,<br><br>v.<br><br>TODD BLANCHE, Acting Attorney General; et al.,<br><br>      Defendants - Appellants. | No. 25-6308<br><br>D.C. No.<br>2:85-cv-04544-DMG-AGR<br>Central District of California,<br>Los Angeles<br><br>ORDER |

Before: W. FLETCHER, BERZON, and M. SMITH, Circuit Judges.

Defendants-Appellants' Motion for a 7-Day Extension for Time to Respond to Plaintiffs-Appellees' Motion for Judicial Notice is GRANTED. Any response to Plaintiffs-Appellees' Motion for Judicial Notice shall be filed no later than May 18, 2026.