No. 25-6308

_____

IN THE UNITED STATES COURT OF APPEALS
FOR THE NINTH CIRCUIT

_____

JENNY LISETTE FLORES, *et al.*,
Plaintiffs-Appellees,

*v.*

TODD BLANCHE, Acting Attorney General of the United States, *et al.*,
Defendants-Appellants.

_____

ON APPEAL FROM AN ORDER OF THE UNITED STATES DISTRICT
COURT FOR THE CENTRAL DISTRICT OF CALIFORNIA

_____

**DEFENDANTS-APPELLANTS' MOTION FOR LEAVE TO
APPEAR FOR ORAL ARGUMENT BY VIDEOCONFERENCE**

_____

BRETT A. SHUMATE
Assistant Attorney General
Civil Division

DREW C. ENSIGN
Deputy Assistant Attorney General

AUGUST E. FLENTJE
Special Counsel for Immigration
Litigation

WILLIAM C. SILVIS
Assistant Director

MICHAEL A. CELONE
KATELYN MASETTA-ALVAREZ
Senior Litigation Counsel

JESSICA R. LESNAU
JOSHUA C. MCCROSKEY
Trial Attorneys

TIBERIUS DAVIS
Counsel to the Assistant Attorney
General
950 Pennsylvania Avenue NW
Washington, DC 20530
202-860-8970

*Attorneys for Defendants-Appellants*

This case has been set for oral argument at the William K. Nakamura Courthouse in Seattle, Washington, on June 2, 2026. Dkt. No. 65. Defendants-Appellants (the "Government") respectfully move the Court for an order granting Assistant Attorney General Brett Shumate leave to appear for oral argument in this case by videoconference.  Good cause exists for granting this relief.

1.      Mr. Shumate has a pre-existing speaking engagement in Washington, D.C. on the evening of June 2.

2.      In emails on April 13 and April 15, 2026, Government counsel informed the Court Clerk's Office that the attorney arguing for the Government cannot be available for an in-person argument on June 2 but that the Government's attorney can be available to argue remotely on June 2. Ex. A.

3.      In an email dated April 17, 2026, staff from the Court Clerk's Office stated that the argument will be set for June 2 and that "[t]hose arguing may do so remotely or in person." Ex. B.

4.      Mr. Shumate has since relied on the April 17 email to confirm his availability to appear at the speaking engagement in Washington, D.C. on the evening of June 2.

5.      On May 19, 2026, counsel for the Government contacted counsel for Plaintiffs-Appellees to obtain their position on this motion. Plaintiffs take no position with respect to Defendants-Appellants' contemplated motion.

For the foregoing reasons, the Government respectfully asks the Court to grant leave for Mr. Shumate to appear for oral argument in this matter by videoconference.

Dated: May 19, 2026

Respectfully submitted,

BRETT A. SHUMATE
Assistant Attorney General
Civil Division

DREW C. ENSIGN
Deputy Assistant Attorney General

AUGUST E. FLENTJE
Special Counsel for Immigration Litigation

WILLIAM C. SILVIS
Assistant Director

MICHAEL A. CELONE
KATELYN MASETTA-ALVAREZ
Senior Litigation Counsel

JOSHUA C. MCCROSKEY
JESSICA R. LESNAU
Trial Attorneys

*s/ Tiberius Davis*
TIBERIUS DAVIS
Counsel to the Assistant Attorney General
U.S. Department of Justice
950 Pennsylvania Avenue NW
Washington, DC 20530
202-860-8970

*Attorneys for Defendants-Appellants*

## CERTIFICATE OF COMPLIANCE

Pursuant to Federal Rule of Appellate Procedure 32(g)(1), I certify that Appellants' foregoing motion complies with the type-volume limitation for papers submitted under Rule 27(d)(2)(A). Appellants' motion contains 248 words, with no words contained in any visual images, and its size and typeface comply with Rule 27(d)(1)(E).

Dated: May 19, 2026

*s/ Tiberius Davis*
TIBERIUS DAVIS
Counsel to the Assistant Attorney General